# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

VASUDHA TALLA

ERIC ABRAMS
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
SARA LUZ ESTELA
ANDREW K. JONDAHL
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

June 15, 2023

**By ECF**
Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: *Lynda Cutbill v. Cold Spring Harbor Central School District et al.*,
      No. 21 Civ. 3326 (BMC) / *Susan Rule Sandler v. Cold Spring Harbor
      Central School District et al.*, No. 21 Civ. 3327 (BMC)

Dear Judge Tiscione,

  This firm, along with co-counsel Andrew Shubin, represents Plaintiffs in the above-captioned matters. We write, jointly with Defendants, to inform the Court that the parties have reached a settlement with a private mediator in the case *Lynda Cutbill v. Cold Spring Harbor Central School District et. al.*, and are preparing a settlement agreement and release.

  Mediation in the case *Susan Rule Sandler v. Cold Spring Harbor Central School District et. al.*, is scheduled for June 22, 2023. The parties will update the Court after that mediation.

            Respectfully submitted,

            */s/ Debra L. Greenberger*
            Debra L. Greenberger
            Sana Mayat
            EMERY CELLI BRINCKERHOFF
            ABADY WARD & MAAZEL LLP
            600 Fifth Ave., 10th Floor
            New York, NY 10020
            (212) 763-5000

dgreenberger@ecbawm.com
smayat@ecbawm.com

Andrew Shubin**
SHUBIN LAW
310 South Burrowes Street
State College, PA 16801
(814) 867- 3115
shubin@shubinlaw.com

*Attorneys for Plaintiffs Cutbill and Sandler*

Patrick Geraghty
Robert W. Berbenich
Wilson Elser Moskowitz
Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017

*Attorneys for Defendants*

**admitted pro hac vice*

cc.     All counsel of record, by ECF