JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

VASUDHA TALLA

ERIC ABRAMS
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
SARA LUZ ESTELA
ANDREW K. JONDAHL
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

July 14, 2023

**By ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Lynda Cutbill v. Cold Spring Harbor Central School District et al.*, No. 21 Civ. 3326 (BMC)

Dear Judge Cogan,

This firm, along with co-counsel Andrew Shubin, represents Plaintiff in the above-captioned matter. We write, along with Defendants to jointly request an additional three weeks, until August 7, as the deadline for the parties to ask the Court to retain jurisdiction to enforce the settlement, per this Court's June 16, 2023 order; we anticipate asking the Court to retain jurisdiction.

Respectfully submitted,

*/s/ Debra L. Greenberger*
Debra L. Greenberger
Sana Mayat
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
600 Fifth Ave., 10th Floor
New York, NY 10020
(212) 763-5000
dgreenberger@ecbawm.com
smayat@ecbawm.com

Andrew Shubin**
SHUBIN LAW
310 South Burrowes Street
State College, PA 16801
(814) 867- 3115
shubin@shubinlaw.com

*Attorneys for Plaintiff Cutbill*

Patrick Geraghty
Robert W. Berbenich
Wilson Elser Moskowitz
Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017

*Attorneys for Defendant*

***admitted pro hac vice*

cc.     All counsel of record, by ECF