

Attorneys at Law

Jessica Giambrone Palmese
t 212.351.4959
f 212.878.8600
JPalmese@ebglaw.com

September 5, 2023

<u>VIA ECF</u>

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

  Re: *Lynda Cutbill v. Cold Spring Harbor Central School District et. al.*,
     21 Civ. 3326 (BMC).

Your Honor:

  We represent Defendants Cold Spring Harbor Central School District & Cold Spring Harbor Central School District Board of Education in the above-captioned case brought by Lynda Cutbill. As the Court is aware, this matter is now settled and has been dismissed with prejudice. *See* Docket Entry No. 61.

  The parties previously requested that the Court retain jurisdiction over the terms of settlement. *See* Docket Entry No. 60. In response, the Court scheduled a conference to be held on September 6, 2023, at 11:00 a.m. for the parties to show why jurisdiction should be retained over a confidential settlement.

  The parties now withdraw their application that the Court retain jurisdiction over the terms of this settlement agreement. Consequently, the parties also request that the conference scheduled for September 6, 2023, at 11:00 a.m. be cancelled.

  Thank you for your consideration.

              Sincerely,

              *Jessica G. Palmese*

              Jessica G. Palmese

Epstein Becker & Green, P.C. | 875 Third Avenue | New York, NY 10022 | t 212.351.4500 | f 212.878.8600 | ebglaw.com

FIRM:59728581